**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GEORGE P. JOHNSON COMPANY HONG KONG LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>L.E.K. CONSULTING, LLC,<br><br>*Defendant*. | No. 20-cv-________________ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant L.E.K. Consulting, LLC ("L.E.K.") removes the civil action that Plaintiff George P. Johnson Company Hong Kong Ltd. ("GPJ") has filed in state court, *George P. Johnson Company Hong Kong Ltd. v. L.E.K. Consulting, LLC*, No. 2084CV01171 (Suffolk Super. Ct.), to this Court.

As grounds for removal, L.E.K. states as follows:

1. On June 1, 2020, GPJ filed a civil action against L.E.K. in the Suffolk Superior Court ("the State Case"), alleging breach of contract (Count I) and breach of the implied covenant of good faith and fair dealing (Count II) and seeking money damages in the among of $962,763.60 plus "pre- and post-judgment interest, costs, and attorneys' fees." Complaint, attached as Ex. A.

2. Removal of the State Case is proper, because pursuant to 28 U.S.C. § 1332, this Court has diversity jurisdiction: according to the allegations in GPJ's complaint, GPJ is a limited liability company organized under the laws of Hong Kong, with its corporate office in Hong Kong, *see id.* ¶¶ 1-2, and L.E.K. is a limited

liability company organized under the laws of Delaware, with a corporate office in Chicago, Illinois, where the Global Managing Partner, President of the Americas region, and several global sector heads all work. Further, the amount in controversy exceeds $75,000. *See id.* ¶¶ 30, 33.

3. Removal of the State Case is also timely, because GPJ served a summons and complaint on L.E.K., through its registered agent in Delaware, on June 9, 2020. *See* Proof of Service, attached as Ex. B.

4. L.E.K. will promptly file a copy of this Notice of Removal with the Clerk of the Suffolk Superior Court. Pursuant to 28 U.S.C. § 1446(d), that filing will automatically cause the removal of the State Case to this Court, in its entirety and for all future proceedings.

Respectfully submitted,

**L.E.K. CONSULTING LLC**

By its attorneys,

*/s/ Daniel N. Marx*

Daniel N. Marx (BBO#674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*dmarx@fickmarx.com*

Dated: July 6, 2020

## CERTIFICATE OF SERVICE

I, Daniel N. Marx, as counsel to Defendant L.E.K. Consulting, LLC, certify that on July 6, 2020, I caused the foregoing Notice of Filing Notice of Removal to be served by U.S. mail on the following:

Daniel J. Dwyer
VERRILL DANA LLP
One Federal Street, 20th Floor
Boston, MA 02109
*Counsel for Plaintiff George P. Johnson Hong Kong Ltd.*

*/s/ Daniel N. Marx*
Daniel N. Marx