# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
C.A. NO. 20-______

GEORGE P. JOHNSON COMPANY HONG KONG LTD.,
Plaintiff,

vs.

L.E.K. CONSULTING, LLC

Defendant,

## COMPLAINT AND JURY DEMAND

This is Plaintiff George P. Johnson Company Hong Kong Ltd.'s ("G.P. Johnson") breach of contract action against Defendant L.E.K. Consulting LLC ("L.E.K."). G.P. Johnson seeks $962,763.60 in damages. The factual summary is as follows. L.E.K. is a one of the world's premier business consultancies, with principal offices in Boston and London. In early 2019, L.E.K. was planning its 2020 global management conference, and in May 2019, it contracted with G.P. Johnson, an event-planning firm, for services and support. L.E.K. wished to hold the conference in Hong Kong, and G.P. Johnson secured a hotel and facilities satisfactory to L.E.K. The contract price was $1,604,606. The express terms of the parties' written contract required L.E.K. to pay fifty-percent of the contract price as a non-refundable deposit. If L.E.K. were to cancel the event after July 31, 2019 but before October 30, 2019, it would owe sixty-percent of the contract price as a cancellation fee. After October 30, 2019, the cancellation fee rose to ninety-percent.

L.E.K. neglected to pay its fifty-percent deposit, but otherwise continued to treat the contract and its hotel reservation as very much in force. This changed on November 15, 2019.

Long before anyone had heard of the coronavirus, L.E.K. cancelled its Hong Kong conference. By this point its cancellation fee was sixty-percent. It would have been ninety percent but, at L.E.K.'s request, G.P. Johnson had intervened with the hotel to put off the date at which the cancellation fee increased. Simply by extending that date, G.P. Johnson saved L.E.K. thirty-percent of the $1,604,606 contract price, or $481,381.80. This left a balance of $962,763.60 due to G.P. Johnson, $802,303 of which was for the unpaid non-refundable deposit, and $160,460.60 of which made up the balance of the cancellation fee. G.P. Johnson has asked for and demanded payment several times. L.E.K. refuses to pay anything.

The captioned action has nothing to do with the coronavirus. L.E.K.'s obligation to deliver a *non-refundable* deposit arose on May 29, 2019. Its obligation to pay $962,763.60 was fixed on November 15, 2019, when it cancelled the hotel, knowing that a sixty-percent cancellation fee applied. No matter what happened after November 15, 2019, L.E.K. was not going to have its conference in Hong Kong. It owed $962,763.60 on November 15, 2019 simply because it cancelled. Subsequent events do not re-write history.

**PARTIES**

1. Plaintiff George P. Johnson Company Hong Kong Ltd. ("G.P. Johnson") is a limited company organized in Hong Kong, with a principal place of business in Hong Kong, and with affiliate entities, including a U.S. parent company, doing business as George P. Johnson in New York, New York, and other American cities.

2. Defendant L.E.K. Consulting LLC is a Delaware limited liability company with principal places of business in Boston, Suffolk County, Massachusetts, and London, England.

**JURISDICTION AND VENUE**

3. Jurisdiction in this Court is proper pursuant to G.L. c. 212, §4.

4. Venue is proper pursuant to G.L. c. 223, §1.

## FACTS

5. In March 2019, L.E.K. was planning its 2020 Global Management Conference (the "Conference"). It wished to hold the Conference in Hong Kong. L.E.K. sought the assistance of G.P. Johnson to secure a location and amenities for the Conference.

6. On April 4, 2019, at L.E.K.'s request, G.P. Johnson sent L.E.K. a proposal for 275 rooms at Hong Kong's Kerry Hotel during the period of time in which L.E.K. wanted to hold the Conference.

7. In April 2019, L.E.K. informed G.P. Johnson that it would like to book the Kerry Hotel. G.P. Johnson obtained a quote from the hotel that was $115,000 under L.E.K.'s budget. The quote included the cost of hotel rooms, meeting rooms, and dinners from March 1 to March 5, 2020. Satisfied with the quote, L.E.K. wrote to G.P. Johnson, "let's go to contract."

8. In early May 2019, G.P. Johnson and L.E.K. discussed the contracts needing to be executed. One would be between L.E.K. and G.P. Johnson and the other between G.P. Johnson and the Kerry Hotel.

9. On May 22, 2019, G.P. Johnson sent a contract to L.E.K. The stated contract price was $1,673,760. The next day G.P. Johnson sent a revised version of the contract with the price reduced to $1,604,606. True and correct copies of these documents are attached hereto at Exhibit A and Exhibit B respectively.

10. Under the heading "Payment Terms," both forms of contract recited certain key provisions. One provision required a "50% deposit payment (non-refundable and non-transferrable) by 180 days prior to event date." *See* Ex. A at p. 3 and Ex. B at p. 2. Another required an additional forty percent to be paid by ninety days prior to event date, bringing

L.E.K.'s payment obligation by that date to ninety percent of the total cost. *Id.* Another allowed L.E.K. to pay the final ten percent after the Conference. *Id.*

11. Beneath the "Payment Terms" was a section captioned "Cancelation of Event." *See* Ex. A at p. 3 and Ex. B at p. 2. Here the documents informed L.E.K. that "After July 31, 2019, 60% of total cost will be charged if the event is cancelled by the Client." *Id.* Next to this language was the space for L.E.K.'s signature, marked "Signed by the Client."

12. The percentage of L.E.K.'s total cost due upon cancellation rose to ninety percent in the event that L.E.K. were to cancel after October 30, 2019. For cancellation after January 31, 2020, L.E.K. would owe 100 percent of the total cost. *See* Ex. A at p. 3 and Ex. B at p. 2.

13. On May 23, 2019, having reviewed these contracts, L.E.K.'s Jeanne Concannon ("Concannon") wrote to G.P. Johnson saying, "Thank you very much – we are a go. If you need it today as we are out on holiday I can try to get someplace to do that for you – otherwise I will send it through on Tuesday." A true and correct copy of Concannon's e-mail is attached hereto as Exhibit C.

14. On May 29, 2019, L.E.K. delivered the signed contract (the "Contract") to G.P. Johnson. A true and correct copy of the Contract is attached hereto as Exhibit D.

15. The Contract includes the same "Payment Terms" and "Cancellation of Event" terms that the earlier versions had contained, and the following language appears under the heading "Acceptance," immediately before L.E.K.'s signature:

> The Client noted at the head of this document agrees with George P. Johnson Company Hong Kong Limited. Signing this document means that you have read and agree to the conditions.

*See* Ex. D at p. 2.

16. On behalf of L.E.K., Concanon initialed page one of the Contract and signed on page two. *Id.*

17. On July 9, 2019, G.P. Johnson invoiced L.E.K. for $802,303. This figure, half the contract price, was the non-refundable fifty-percent deposit that the contract required L.E.K. to pay no later than 180 days before the conference. The 180-day date was September 2, 2019.

18. By September 19, 2019, L.E.K. had not paid any of its deposit. On that day, by e-mail, L.E.K. expressed concern about protests then occurring in Hong Kong. A true and correct copy of L.E.K.'s e-mail of September 19, 2019 is attached hereto as Exhibit E.

19. By October 17, 2019, L.E.K.'s deposit of $802,303 was six weeks overdue. L.E.K. wrote to G.P. Johnson that "We are getting concerned about bringing staff to Hong Kong as we had hoped the tensions would have subsided." A true and correct copy of L.E.K.'s e-mail of October 17, 2019 is attached hereto as Exhibit F. L.E.K's e-mail of October 17, 2019 also asked whether moving the Conference to another city was possible, and if so, what the cost might be. *Id.* L.E.K. did not once suggest that it could cancel the contract – with the non-refundable deposit long overdue – and pay nothing.

20. Pursuant to the express terms of the Contract, on October 30, 2019, L.E.K.'s cancellation fee was to rise from sixty percent to ninety percent of the contract price. By the time of L.E.K.'s October 17, 2019 e-mail, the October 30, 2019 date was less than two weeks away.

21. L.E.K. was aware that on October 30, 2019, its cancellation fee would increase. On October 28, 2019, it e-mailed G.P. Johnson to ask whether G.P. Johnson had been "able to get us an extension past the 30th?"

22. On October 30, 2019, G.P. Johnson obtained the Kerry Hotel's agreement to extend until November 15, 2019 the date after which the cancellation fee would increase.

23. On November 14, 2019, L.E.K. wrote to G.P. Johnson asking how much it had paid on the Contract. It had paid nothing. The next day, November 15, 2019, L.E.K. sent G.P. Johnson a letter dated November 14, 2019 as formal notice of cancellation. A true and correct copy of L.E.K.'s cancellation letter is attached hereto at Exhibit G.

24. For cancelling on November 15, 2019, L.E.K. owes a cancellation fee of sixty percent of the $1,604,606 contract price, or $962,763.60. But for G.P. Johnson's intervention with the Kerry Hotel, the fee would have been ninety percent, or $1,444,145.40. That is, G.P. Johnson's late efforts saved L.E.K. $481,381.80.

25. On diverse dates since November 15, 2019, G.P. Johnson has asked for and demanded payment from L.E.K. L.E.K. has refused to pay anything.

**COUNT 1 (Breach of Contract)**

26. G.P. Johnson incorporates the foregoing allegations as if expressly restated herein.

27. The Contract is a binding agreement between G.P. Johnson and L.E.K.

28. L.E.K. breached the Contract, among other ways, by failing to pay its fifty-percent non-refundable deposit of $802,303. The date of this breach is September 3, 2019.

29. L.E.K. breached the Contract, among other ways, by failing to pay its sixty-percent cancellation fee of $962,763.60. This figure includes, and is not in addition to, L.E.K.'s obligation to pay the non-refundable deposit. The difference between the two amounts is $160,460.60. The date of this breach is November 15, 2019.

30. L.E.K.'s breaches have caused G.P. Johnson damages in an amount no less than $962,763.60.

**COUNT 2**
**(Breach of the Implied Covenant of Good Faith and Fair Dealing)**

31. G.P. Johnson incorporates the foregoing allegations as if expressly restated herein.

32. L.E.K's conduct as alleged herein constitutes a violation of the covenant of good faith and fair dealing implied in the Contract.

33. L.E.K.'s breach has caused G.P. Johnson harm and damages in an in an amount no less than $962,763.60.

**PRAYERS FOR RELEIF**

**WHEREFORE**, G.P. Johnson prays this Court to enter an Order and to issue Judgment:

A. That L.E.K. is liable to G.P. Johnson for monetary damages in the amount of $962,763.60 on Counts 1 and 2 of this Complaint;

B. For pre- and post-judgment interest, costs, and attorneys' fees; and

C. For other such relief as this Court deems just and fair.

Respectfully submitted,

GEORGE P. JOHNSON COMPANY
HONG KONG, LTD.

By its attorney,

*_/s/ Daniel J. Dwyer_*
Daniel J. Dwyer (BBO No. 567026)
VERRILL DANA LLP
One Federal Street, 20th Floor
Boston, MA 02109
Tel.: (617) 309-2622
E-mail: ddwyer@verrill-law.com

## JURY DEMAND

Plaintiff demands a trial by jury on all facts and claims so triable.

Date: June 1, 2020

# Exhibit A

# EVENT COST ESTIMATE and VARIANCE REPORT

GEORGE P. JOHNSON
experience marketing
A PROJECT: WORLDWIDE AGENCY

| | |
|---|---|
| Event Name: | LEK Global Management Conference 2020 |
| Event Date: | 1-6 March, 2020 |
| Venue: | Kerry Hotel, 38 Hung Luen Road, Hung Hom Bay, Kowloon, Hong Kong |
| Client PO #: | |
| GPJ Job No | 5312S0_6601S0 |
| Author | Rebecca Yuen |
| Version | v1 |
| Date | 10-May-2019 |
| Client | LEK Consulting |
| Event Owner | Jean Concannon (j.concannon@lek.com) |

| Currency | HKD *(unless stated)* | | | Estimate Value as of | 10-May | |
|---|---|---|---|---|---|---|
| Heading | Description | Units/ Day | Qty/ Pax | Rate | Amount | SubTotal |
| A) Venue - Kerry Hotel - Rooming | | | | | | HKD 3,335,625 |
| Deluxe Room Type | | | | | | |
| - Rate per room per night: Single at HK$2,965 net | | 1 | 1,125 | HKD 2,965 | HKD 3,335,625 | |
| - Rate per room per night: Double/Twin at HK$3,210 net | | 1 | 0 | HKD 3,210 | HKD - | |
| - All include daily buffet breakfast, local call access, in-room wired internet and wifi | | | | | | |
| - Room block as follow: | | | | | | |

| | 1 Mar 2020 (Sun) | 2 Mar 2020 (Mon) | 3 Mar 2020 (Tue) | 4 Mar 2020 (Wed) | 5 Mar 2020 (Thu) |
|---|---|---|---|---|---|
| Deluxe Room (Run-of-House) | 150 | 275 | 275 | 275 | 150 |
| *Minimum Guaranteed* | *131* | *246* | *246* | *246* | *131* |

**TOTAL ROOM NIGHT COMMITMENT: 1,125 room nights (Minimum guaranteed 1,000 room nights)**

Remarks:

- Price is inclusive of 10% GPJ handling fee.
- Kerry Hotel is a smoke free hotel. Restaurants within Hotel that are not operated by Hotel may not participate in the smoke free policy. Hotel will post a HK$5,000 cleaning fee to any guests who smoke in the guest room.
- Check-in time: 15:00 hours on the day of arrival. Check-out time: 12:00 hours on the day of departure. Delegates who chec out after the normal check-out time, ie. 12:00 hours shall be charged at 50% of the applicable group rate per room. Late check-out can be pre-arranged and is subject to availability.
- Final Room List has to be provided Hotel no less than the cut-off date of 20 January 2020 (Monday). Any additional guestroom reservations required after the cut-off date will be subject to guestroom availability and rate change.
- Rooming List must carry: 1. Full name of delegate; 2. Credit card details (only required if room charges is to individual account); 3. Room category; 4. Single or Double occupancy; 5. Arrival/departure flight details.
- All guaranteed reservations that are not cancelled after 20 January 2020 (Monday) will be considered as 'late cancellation' and will be charged at the room rate stated above.
- Cancellation of any guest rooms after cut-off date or failure of delegates to check-in to Hotel for any dates of the Room Block shall, full period of the reservation will be charged.

**Guest Room Attrition:** Organiser will have one (1) opportunity to vary its Room Block commitment without liability by notifying Hotel in writing on or before each Review Date as follows:

| Review Date | Change in Room Block Commitment |
|---|---|
| >20 January 2020 | Organiser may release up to *19* room nights per night on 1 & 5 March 2020 (2 nights inclusive) in the Room Block<br><br>Organiser may release up to *29* room nights per night on 2 – 4 March 2020 (3 nights inclusive) in the Room Block |

Increases in the Room Block shall be subject to room availability. Any Room Block reduction or increase allowed under this clause shall be confirmed in writing by Organiser and if Hotel is not notified on or before the Review Date, Organiser may not be able to change the Room Block at a later time.

| Heading / Description | Units/ Day | Qty/ Pax | Rate | Amount | SubTotal |
|---|---|---|---|---|---|
| B) Venue - Kerry Hotel - Meeting Package | | | | | HKD 7,199,700 |
| 1 March 2020, Sun (18:00 - 23:00) | | | | | |
| Breakout Room 1 (Hung Hom Room 3, Level 1, 135 sq.m)<br>- Setup: Hollow Square. Delegates: 20 | 1 | 1 | HKD 66,000 | HKD 66,000 | |

# EVENT COST ESTIMATE and VARIANCE REPORT

GEORGE P. JOHNSON experience marketing
A PROJECT: WORLDWIDE AGENCY

| | |
|---|---|
| Event Name: | LEK Global Management Conference 2020 |
| Event Date: | 1-6 March, 2020 |
| Venue: | Kerry Hotel, 38 Hung Luen Road, Hung Hom Bay, Kowloon, Hong Kong |
| Client PO #: | |
| GPJ Job No | 531250_650150 |
| Author | Rebecca Yuen |
| Version | v1 |
| Date | 10-May-2019 |
| Client | LEK Consulting |
| Event Owner | Jean Concannon (j.concannon@lek.com) |

| Currency: HKD (unless stated) | Units/ Day | Qty/ Pax | Estimate Value as of 10-May: Rate | | Amount | | SubTotal |
|---|---|---|---|---|---|---|---|
| **Heading / Description** | | | | | | | |
| Breakout Room 2 (Hung Hom Room 1, Level 1, 268 sq.m)<br>- Setup: U-shape. Delegates: 40 | 1 | 1 | HKD | 165,000 | HKD | 165,000 | |
| Meeting package at HK$1,320 net per head per day<br>- Full day meeting package includes 1 coffee/tea break (afternoon) and meeting dinner | 1 | 60 | HKD | 1,320 | HKD | 79,200 | |
| **2 to 5 March 2020, Mon-Thur (08:00 - 23:00)** | | | | | | | |
| Full Day Meeting (Grand Ballroom 1+2, Level 2, 843 sq.m)<br>- Setup: Classroom, including use of LED wall in Grand Ballroom 1. Delegates: 130<br>- Room rental at HK$616,000 net (from 08:00 - 17:00) | 4 | 1 | HKD | 616,000 | HKD | 2,464,000 | |
| - Meeting package at HK$1,320 net per head per day<br>- Full day meeting package includes 2 coffee/tea breaks (morning and afternoon) and meeting luncheon<br>- Min. guarantee 117 pax; cost estimate based on 250 pax for 4 days (2-5 March 2020) | 4 | 250 | HKD | 1,320 | HKD | 1,320,000 | |
| Breakout Rooms (Hung Hom Ballroom, Level 1, 1,125 sq.m)<br>- Setup: TBC. Delegates: TBC<br>- For 4 days (2-5 March 2020) | 4 | 1 | HKD | 385,000 | HKD | 1,540,000 | |
| VIP Rooms x 3 (Converted guestrooms)<br>- Setup: Round tables. Delegates: 10 pax per room<br>- HK$12,000 net per room per day for 4 days (2-5 March 2020) | 4 | 3 | HKD | 12,000 | HKD | 144,000 | |
| **2 & 3 March 2020, Mon & Tue (17:00 - 22:00)** | | | | | | | |
| Standing Dinner (Harbour Room with Terrace and outdoor deck, Level 4, 519 sq.m)<br>- Setup: Standing. Delegates: TBC<br>- Room rental at HK$80,000 net<br>- Minimum food and beverages spending required at HK$363,000 net per day<br>- Assume for both 2 Mar & 3 Mar 2020 | 2 | 1 | HKD | 443,000 | HKD | 886,000 | |
| **4 March 2020, Wed (19:00 - 23:00)** | | | | | | | |
| Dinner (Grand Ballroom 3+4, Level 2, 913 sq.m)<br>- Setup: Round tables. Delegates: 350<br>- HK$1,700 net per head (including 3 hours free flow of house wine, beer, chilled juice and soft drinks)<br>- Cost is based on minimum guarantee of 315 pax | 1 | 315 | HKD | 1,700 | HKD | 535,500 | |
| Remarks: | | | | | | | |
| - Price is inclusive of 10% GPJ handling fee. | | | | | | | |
| **C) Fabrication (Budget provision)** | | | | | | | HKD 300,000 |
| Signages, backdrops, rollup banners etc. (Scope of work to be discussed) | 1 | 1 | HKD | 300,000 | HKD | 300,000 | |
| **D) AV Equipment** | | | | | | | HKD 850,000 |
| AV equipment including projector screens, audio & video system for meeting rooms & Ballroom 1 & 2 throughout the event period (Scope of work to be discussed) | 1 | 1 | HKD | 850,000 | HKD | 850,000 | |
| **E) Event Logistics** | | | | | | | HKD 370,000 |

# EVENT COST ESTIMATE and VARIANCE REPORT

GEORGE P. JOHNSON experience marketing
A PROJECT: WORLDWIDE AGENCY

| | |
|---|---|
| Event Name: | LEK Global Management Conference 2020 |
| Event Date: | 1-6 March, 2020 |
| Venue: | Kerry Hotel, 38 Hung Luen Road, Hung Hom Bay, Kowloon, Hong Kong |
| Client PO #: | |
| GPJ Job No | 5312S0_6501S0 |
| Author | Rebecca Yuen |
| Version | v1 |
| Date | 10-May-2019 |
| Client | LEK Consulting |
| Event Owner | Jean Concannon (j.concannon@lek.com) |

| Currency | HKD *(unless stated)* | | | Estimate Value as of | | 10-May | | | |
|---|---|---|---|---|---|---|---|---|---|
| Heading | Description | Units/ Day | Qty/ Pax | Rate | | Amount | | SubTotal | |
| Registration system with name badge and lanyard production | | 1 | 1 | HKD | 80,000 | HKD | 80,000 | | |
| Collaterals production (such as agenda) | | 1 | 1 | HKD | 60,000 | HKD | 60,000 | | |
| Rental of printer/copies for LEK office (5 days) | | 1 | 1 | HKD | 20,000 | HKD | 20,000 | | |
| Onsite helpers (5 days) | | 5 | 6 | HKD | 2,000 | HKD | 60,000 | | |
| Dedicated Internet & wifi support to cover all meeting rooms throughout the event period | | 1 | 1 | HKD | 100,000 | HKD | 100,000 | | |
| Miscellaneous - Transportation expenses, courier of materials and etc. | | job | 1 | HKD | 50,000 | HKD | 50,000 | | |
| ***F) Overall Management*** | | | | | | | | HKD | 1,000,000 |
| GPJ Management Fee<br>- Venue sourcing, liaison and coordination<br>- Overall event planning & management<br>- RSVP consolidation and management<br>- Logistics planning and co-ordination<br>- Onsite management<br>- Post event report | | job | 1 | HKD | 1,000,000 | HKD | 1,000,000 | | |
| | **GPJ Managed TOTAL DELIVERABLES / Client TOTAL EVENT COST** | | | | | | | HKD | 13,055,325 |
| | **Exchange Rate: USD1 = HKD7.8** | | | | | | | USD | 1,673,760 |

**Payment terms**

- 50% deposit payment (non-refundable and non-transferable) by 180 days prior to event date.
- 40% second payment (non-refundable and non-transferable) by 90 days prior to event date.
- 10% balance payment by 45 days after the event date.

**Cancellation of Event**

- From agreement confirmation date, 30% of total cost will be charged if the event is cancelled by the Client.
- After 31 July 2019, 60% of total cost will be charged if the event is cancelled by the Client.
- After 30 October 2019, 90% of total cost will be charged if the event is cancelled by the Client.
- After 31 January 2020, 100% of total cost will be charged if the event is cancelled by the Client.

**ACCEPTANCE**

GEORGE P JOHNSON COMPANY HONG KONG LIMITED

The Client noted at the head of this document agrees with George P. Johnson Company Hong Kong Limited.

Signing this document means that you have read and agree to the conditions.

SIGNED by the Client ______________________

print name of person signing & company name ______________________

In the presence of ______________________

SIGNED by The George P. Johnson Company ______________________

In the presence of

# EVENT COST ESTIMATE and VARIANCE REPORT

GEORGE P. JOHNSON
experience marketing
A PROJECT: WORLDWIDE AGENCY

| | |
|---|---|
| Event Name: | LEK Global Management Conference 2020 |
| Event Date: | 1-6 March, 2020 |
| Venue: | Kerry Hotel, 38 Hung Luen Road, Hung Hom Bay, Kowloon, Hong Kong |
| Client PO #: | |
| GPJ Job No | 531250_650150 |
| Author | Rebecca Yuen |
| Version | v1 |
| Date | 10-May-2019 |
| Client | LEK Consulting |
| Event Owner | Jean Concannon (j.concannon@lek.com) |

| Currency | HKD (unless stated) | | | Estimate Value as of | 10-May | |
|---|---|---|---|---|---|---|
| Heading | Description | Units/ Day | Qty/ Pax | Rate | Amount | SubTotal |
| | | | | Dated | | |

# Exhibit B

**EVENT COST ESTIMATE and VARIANCE REPORT**

GEORGE P. JOHNSON
experience marketing
A PROJECT: WORLDWIDE AGENCY

| | |
|---|---|
| Event Name | LEK Global Management Conference 2020 |
| Event Date | 1-6 March, 2020 |
| Venue | Kerry Hotel, 38 Hung Luen Road, Hung Hom Bay, Kowloon, Hong Kong |
| Client PO #: | |
| GPJ Job No | 531250_650150 |
| Author | Rebecca Yuen |
| Version | v2 |
| Date | 22-May-2019 |
| Client | LEK Consulting |
| Event Owner | Jean Concannon (j concannon@lek com) |

| Currency | HKD (unless stated) | | | Estimate Value as of | 22-May | |
|---|---|---|---|---|---|---|
| Heading | Description | Units/ Day | Qty/ Pax | Rate | Amount | SubTotal |
| A) Venue - Kerry Hotel - Rooming | | | | | | HKD 2,742,625 |
| Deluxe Room Type (Run-of-House) | | | | | | |
| - Rate per room per night: Single at HK$2,965 net | | 1 | 925 | HKD 2,965 00 | HKD 2,742,625 | |
| - Rate per room per night: Double/Twin at HK$3,210 net | | 1 | 0 | HKD 3,210 00 | HKD - | |
| - All include daily buffet breakfast, local call access, in-room wired internet and wifi | | | | | | |
| - Room block as follow, | | | | | | |

| | 1 Mar 2020 (Sun) | 2 Mar 2020 (Mon) | 3 Mar 2020 (Tue) | 4 Mar 2020 (Wed) | 5 Mar 2020 (Thu) |
|---|---|---|---|---|---|
| Deluxe Room (Run-of-House) | 100 | 245 | 245 | 245 | 90 |
| *Minimum Guaranteed* | *90* | *220* | *220* | *220* | *81* |

**TOTAL ROOM NIGHT COMMITMENT: 925 room nights (Minimum guaranteed 831 room nights)**

Remarks:

- Price is inclusive of 10% GPJ handling fee.
- Kerry Hotel is a smoke free hotel. Restaurants within Hotel that are not operated by Hotel may not participate in the smoke free policy. Hotel will post a HK$5,000 cleaning fee to any guests who smoke in the guest room.
- Check-in time: 15 00 hours on the day of arrival. Check-out time: 12.00 hours on the day of departure. Delegates who chec out after the normal check-out time, ie, 12.00 hours shall be charged at 50% of the applicable group rate per room. A full night's rate per room will be charged for check-out required after 16:00 hours. Late check-out can be pre-arranged and is subject to availability.
- Final Room List has to be provided Hotel no less than the cut-off date of 20 January 2020 (Monday). Any additional guestroom reservations required after the cut-off date will be subject to guestroom availability and rate change.
- Rooming List must carry: 1. Full name of delegate; 2. Credit card details (only required if room charges is to individual account); 3. Room category; 4. Single or Double occupancy; 5. Arrival/departure flight details.
- All guaranteed reservations that are not cancelled after 20 January 2020 (Monday) will be considered as 'late cancellation' and will be charged at the room rate stated above.
- Cancellation of any guest rooms after cut-off date or failure of delegates to check-in to Hotel for any dates of the Room Block shall, full period of the reservation will be charged.
- Increases in the Room Block shall be subject to room availability, Any Room Block reduction or increase allowed under this clause shall be confirmed in writing on or before the Review Date, Hotel may not be able to change the Room Blocl at a later time.

__Guest Room Attrition:__ Organiser will have one (1) opportunity to vary its Room Block commitment without liability by notifying Hotel in writing on or before each Review Date as follows:

| Review Date | Change in Room Block Commitment |
|---|---|
| >20 January 2020 | Organiser may release up to __10__ room nights per night on 1 March 2020 (1 night inclusive) in the Room Block<br>Organiser may release up to __25__ room nights per night on 2 – 4 March 2020 (3 nights inclusive) in the Room Block<br>Organiser may release up to __9__ room nights per night on 5 March 2020 (1 night inclusive) in the Room Block |

| Description | Units/ Day | Qty/ Pax | Rate | Amount | SubTotal |
|---|---|---|---|---|---|
| B) Venue - Kerry Hotel - Meeting Package | | | | | HKD 7,253,300 |
| 1 March 2020, Sun (16:00 - 23:00) | | | | | |
| Breakout Room 1 (Hung Hom Room 3, Level 1, 135 sq m) | 1 | 1 | HKD 66,000 00 | HKD 66,000 | |
| 2 to 5 March 2020, Mon-Thur (08:00 - 23:00) | | | | | |
| Full Day Meeting (Grand Ballroom 1+2, Level 2, 843 sq m)<br>- Setup: Classroom, including use of LED wall in Grand Ballroom 1. Delegates: 130<br>- Room rental at HK$616,000 net (from 08 00 - 17:00 including evening hold) | 4 | 1 | HKD 616,000 00 | HKD 2,464,000 | |
| - Meeting package at HK$1,320 net per head per day<br>- Full day meeting package includes 2 coffee/tea breaks (morning and afternoon) and meeting luncheon<br>- Min. guarantee 117 pax; cost estimate based on 250 pax for 4 days (2-5 March 2020) | 4 | 250 | HKD 1,320 00 | HKD 1,320,000 | |
| Breakout Rooms (Hung Hom Ballroom, Level 1, 1,125 sq m)<br>- Setup: TBC, Delegates: TBC<br>- For 4 days (2-5 March 2020) | 4 | 1 | HKD 385,000 00 | HKD 1,540,000 | |
| VIP Rooms (Converted guestrooms) x 2 for 2-5 March 2020 (4 days); x 3 for 3-5 March, 2020 (3 days)<br>- Setup: Round tables. Delegates: 10 pax per room<br>- HK$12,000 net per room per day | 3 | 1 | HKD 12,000 00 | HKD 36,000 | |
| | 4 | 2 | HKD 12,000 00 | HKD 96,000 | |
| 2 & 3 March 2020, Mon & Tue (17:00 - 22:00) | | | | | |
| Cocktail (Harbour Room with Terrace and outdoor deck, Level 4, 510 sq m)<br>- Setup: Standing. Delegates: TBC<br>- Room rental at HK$48,400 net per day<br>- Minimum food and beverages spending required at HK$242,000 net per day | 2 | 1 | HKD 290,400.00 | HKD 580,800 | |
| Dinner at Grand Ballroom 2 on 2 March 2020 | 1 | 100 | HKD 1,320.00 | HKD 132,000 | |
| Sector Dinners on 3 March 2020 | 1 | 250 | HKD 1,320.00 | HKD 330,000 | |
| After Dinner Drinks at Red Sugar on 2-3 March, 2020 | 2 | 75 | HKD 800.00 | HKD 120,000 | |
| 4 March 2020, Wed (19:00 - 23:00) | | | | | |
| Dinner (Grand Ballroom 3 + 4, Level 2, 843sq m)<br>- Setup: Round tables. Delegates: 320<br>- HK$1,700 net per head (including 3 hours free flow of house wine, beer, chilled juice and soft drinks)<br>- Cost is based on minimum guarantee of 315 pax | 1 | 315 | HKD 1,700 00 | HKD 535,500 | |
| Others | | | | | |
| Private Yoga Class at Outdoor Deck at Level 4 during 7-8am (Max. 20 pax) on 3 & 5 March, 2020 (2 days)<br>- Rental at HK$16,500 net<br>- No speaker is allowed | 2 | 1 | HKD 16,500 00 | HKD 33,000 | |
| Remarks: | | | | | |

- Price is inclusive of 10% GPJ handling fee.

| Description | Units/ Day | Qty/ Pax | Rate | Amount | SubTotal |
|---|---|---|---|---|---|
| C) Fabrication (Budget provision) | | | | | HKD 300,000.00 |
| Signages, backdrops, rollup banners etc. (Scope of work to be discussed) | 1 | 1 | HKD 300,000 00 | HKD 300,000 00 | |

**EVENT COST ESTIMATE and VARIANCE REPORT**

GEORGE P. JOHNSON
experience marketing
A PROJECT: WORLDWIDE AGENCY

| | |
|---|---|
| Event Name | LEK Global Management Conference 2020 |
| Event Date | 1-6 March, 2020 |
| Venue | Kerry Hotel, 38 Hung Luen Road, Hung Hom Bay, Kowloon, Hong Kong |
| Client PO # | |
| GPJ Job No | 531250_850150 |
| Author | Rebecca Yuen |
| Version | v2 |
| Date | 22-May-2019 |
| Client | LEK Consulting |
| Event Owner | Jean Concannon (j.concannon@lek.com) |

| Currency | *HKD (unless stated)* | | | Estimate Value as of | | 22-May | | | |
|---|---|---|---|---|---|---|---|---|---|
| Heading | Description | Units/ Day | Qty/ Pax | Rate | | Amount | | SubTotal | |
| D) AV Equipment | | | | | | | | HKD | 850,000.00 |
| AV equipment including projector screens, audio & video system for meeting rooms & Ballroom 1 & 2 throughout the event period (Scope of work to be discussed) | | 1 | 1 | HKD | 850,000 | HKD | 850,000 | | |
| E) Event Logistics | | | | | | | | HKD | 370,000.00 |
| Registration system with name badge and lanyard production | | 1 | 1 | HKD | 80,000 | HKD | 80,000 | | |
| Collateral's production (such as agenda) | | 1 | 1 | HKD | 60,000 | HKD | 60,000 | | |
| Rental of printer/copies for LEK office (5 days) | | 1 | 1 | HKD | 20,000 | HKD | 20,000 | | |
| Onsite helpers (5 days) | | 5 | 6 | HKD | 2,000 | HKD | 60,000 | | |
| Dedicated internet & wifi support to cover all meeting rooms throughout the event period | | 1 | 1 | HKD | 100,000 | HKD | 100,000 | | |
| Miscellaneous - Transportation expenses, courier of materials and etc. | | job | 1 | HKD | 50,000 | HKD | 50,000 | | |
| F) Overall Management | | | | | | | | HKD | 1,000,000 |
| GPJ Management Fee<br>- Venue sourcing, liaison and coordination<br>- Overall event planning & management<br>- RSVP consolidation and management<br>- Logistics planning and co-ordination<br>- Onsite management<br>- Post event report | | job | 1 | HKD | 1,000,000 | HKD | 1,000,000 | | |
| GPJ Managed TOTAL DELIVERABLES / Client TOTAL EVENT COST | | | | | | | | HKD | 12,515,925 |
| Exchange Rate: USD1 = HKD7.8 | | | | | | | | USD | 1,604,606 |

**Payment terms**

- 50% deposit payment (non-refundable and non-transferable) by 180 days prior to event date.
- 40% second payment (non-refundable and non-transferable) by 90 days prior to event date.
- 10% balance payment by 45 days after the event date.

**Cancellation of Event**

- From agreement confirmation date, 30% of total cost will be charged if the event is cancelled by the Client.
- After 31 July 2019, 60% of total cost will be charged if the event is cancelled by the Client.
- After 30 October 2019, 90% of total cost will be charged if the event is cancelled by the Client.
- After 31 January 2020, 100% of total cost will be charged if the event is cancelled by the Client.

**ACCEPTANCE**

GEORGE P JOHNSON COMPANY HONG KONG LIMITED
The Client noted at the head of this document agrees with George P. Johnson Company Hong Kong Limited.
Signing this document means that you have read and agree to the conditions.

SIGNED by the Client ____________________

print name of person signing & company name ____________________

In the presence of ____________________

SIGNED by The George P. Johnson Company ____________________

In the presence of ____________________

Dated ____________________

# Exhibit C

**Archived:** Friday, May 29, 2020 11:02:01 AM
**From:** Jean Concannon
**Sent:** Thursday, February 6, 2020 4:11:06 AM
**Subject:** RE: Contract?
**Importance:** Normal

---

Thank you very much – we are a go. If you need it signed today as we are out on holiday I can try to get someplace to do that for you- otherwise I will send it through on Tuesday

The only one thing I would like to explore more – would be do we need 5 of your staff on site during the meetings but we can sort this out

Please advise what you need from us for the Kerry hotel

JEAN CONCANNON • L.E.K. CONSULTING
75 State Street, 19th Floor • Boston, MA 02109
617.951.9522 • j.concannon@lek.com • www.lek.com

---

**From:** Rebecca Yuen <Rebecca.Yuen@gpj.com>
**Sent:** Friday, May 24, 2019 7:23 AM
**To:** Jean Concannon <J.Concannon@lek.com>
**Cc:** Tom Andrika <Tom.Andrika@gpj.com>
**Subject:** FW: Contract?
**Importance:** High

Hi Jean,

May I follow up with you if you have any feedback on the updated quotation?

Hotel called me and said there is another group chasing up for the same week, so they need us to make our decision by next Monday if possible. Because this is the only week in March 2020 that they are available, so they are being pushed by that another group. I asked hotel what if we have other items to be added and included after the contract is signed, they said we can have memorandum afterwards.

So please kindly check to see if you are fine with it, and feel free to let me know if any question. I'm available today and whole weekend if you would like to talk directly. Please feel free to connect.

Best regards,
Rebecca

---

**From:** Rebecca Yuen
**Sent:** Thursday, May 23, 2019 5:11 AM
**To:** Jean Concannon <J.Concannon@lek.com>
**Cc:** Tom Andrika <Tom.Andrika@gpj.com>
**Subject:** RE: Contract?
**Importance:** High

Hi Jean,

Please see attached 2 documents:
- Meeting rooms allocation and usage to match with your agenda in March this year. Please share your comment.
- Updated quotation based on latest room block and meeting package. Total cost now is US$1.6m.

Kindly note that:
- We suggest to go to Red Sugar which has both indoor and outdoor area for after dinner drinks, please see attached photos for your reference. (Red Sugar houses an impressive collection of craft brews, an extensive wine selection, oak-aged barrelled cocktails, and an innovative bar snack menu. With hints of the former Hung Hom entwined in the design and an outdoor terrace offering a 270 degree view of the Victoria Harbour, Red Sugar is a place to be seen, setting trends in the modern day Hong Kong neighbourhood.)
- Offsite activity hasn't been quoted yet as it depends on which kind of activity required. Please brief me on your requirements and we can give you some suggestions. I presume this won't cost much. And as spoken at last call, if it isn't a large scale that we have to manage, we won't increase our management fee for this.
- Attached also for your information is the shuttle bus schedule. Because hotel has shuttle bus service from hotel to nearby areas for shopping, etc. It may be good for the spouses.

Please let me know if you are fine or have any question regarding the updated quotation. Since Kerry Hotel would also like us to confirm the booking this week asap, your prompt confirmation and sign off is highly appreciated. Thank you.

Best regards,
Rebecca

---

**From:** Jean Concannon <J.Concannon@lek.com>
**Sent:** Wednesday, May 22, 2019 4:41 PM
**To:** Rebecca Yuen <Rebecca.Yuen@gpj.com>
**Cc:** Tom Andrika <Tom.Andrika@gpj.com>
**Subject:** Contract?

Hi Rebecca

Our head of the Globe is looking to send out a save the date for the meeting but I am waiting on a signed contract – any idea when we will have this?

Thanks

JEAN CONCANNON • L.E.K. CONSULTING
75 State Street, 19th Floor • Boston, MA 02109
617.951.9522 • j.concannon@lek.com • www.lek.com

**PRIVACY & CONFIDENTIALITY NOTICE**

The information contained in this e-mail is intended for the named recipients only. It may contain privileged and confidential information, and if you are not the addressee or the person responsible for delivering this to the addressee, you may not copy, distribute or take action in reliance on it. If you have received this e-mail in error, please notify us immediately by returning the original message to the sender by e-mail. Any views expressed in this e-mail are those of the individual sender, except where the sender specifically states them to be the view of L.E.K. Consulting.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

**PRIVACY & CONFIDENTIALITY NOTICE**

The information contained in this e-mail is intended for the named recipients only. It may contain privileged and confidential information, and if you are not the addressee or the person responsible for delivering this to the addressee, you may not copy, distribute or take action in reliance on it. If you have received this e-mail in error, please notify us immediately by returning the original message to the sender by e-mail. Any views expressed in this e-mail are those of the individual sender, except where the sender specifically states them to be the view of L.E.K. Consulting.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

# Exhibit D

# EVENT COST ESTIMATE and VARIANCE REPORT

GEORGE P. JOHNSON
experience marketing
A PROJECT: WORLDWIDE AGENCY

| | |
|---|---|
| Event Name: | LEK Global Management Conference 2020 |
| Event Date: | 1-5 March, 2020 |
| Venue, | Kerry Hotel, 38 Hung Luen Road, Hung Hom Bay, Kowloon, Hong Kong |
| Client PO #, | |
| GPJ Job No | 531250_650150 |
| Author | Rebecca Yuen |
| Version | v2 |
| Date | 22-May-2019 |
| Client | LEK Consulting |
| Event Owner | Jean Concannon (j.concannon@lek.com) |

Currency: *HKD (unless stated)* — Estimate Value as of 22-May

| Heading / Description | Units/ Day | Qty/ Pax | Rate | Amount | SubTotal |
|---|---|---|---|---|---|
| **A) Venue - Kerry Hotel - Rooming** | | | | | HKD 2,742,625 |
| Deluxe Room Type (Run-of-House) | | | | | |
| - Rate per room per night: Single at HK$2,965 nett | 1 | 925 | HKD 2,965.00 | HKD 2,742,625 | |
| - Rate per room per night: Double/Twin at HK$3,210 nett | 1 | 0 | HKD 3,210.00 | HKD - | |
| - All include daily buffet breakfast, local call access, in-room wired internet and wifi | | | | | |
| - Room block as follow: | | | | | |

| | 1 Mar 2020 (Sun) | 2 Mar 2020 (Mon) | 3 Mar 2020 (Tue) | 4 Mar 2020 (Wed) | 5 Mar 2020 (Thu) |
|---|---|---|---|---|---|
| Deluxe Room (Run-of-House) | 100 | 245 | 245 | 245 | 90 |
| *Minimum Guaranteed* | 90 | 220 | 220 | 220 | 81 |

**TOTAL ROOM NIGHT COMMITMENT: 925 room nights (Minimum guaranteed 831 room nights)**

Remarks:

- Price is inclusive of 10% GPJ handling fee.
- Kerry Hotel is a smoke free hotel. Restaurants within Hotel that are not operated by Hotel may not participate in the smoke free policy. Hotel will post a HK$5,000 cleaning fee to any guests who smoke in the guest room.
- Check-in time: 15:00 hours on the day of arrival. Check-out time: 12:00 hours on the day of departure. Delegates who check out after the normal check-out time, ie. 12:00 hours shall be charged at 50% of the applicable group rate per room. A full night's rate per room will be charged for check-out required after 18:00 hours. Late check-out can be pre-arranged and is subject to availability.
- Final Room List has to be provided Hotel no less than the cut-off date at 20 January 2020 (Monday). Any additional guestroom reservations required after the cut-off date will be subject to guestroom availability and rate change.
- Rooming List must carry: 1. Full name of delegate; 2. Credit card details (only required if room charges is to individual account); 3. Room category; 4. Single or Double occupancy; 5. Arrival/departure flight details.
- All guaranteed reservations that are not cancelled after 20 January 2020 (Monday) will be considered as 'late cancellation' and will be charged at the room rate stated above.
- Cancellation of any guest rooms after cut-off date or failure of delegates to check-in to Hotel for any dates of the Room Block shall, full period of the reservation will be charged.
- Increases in the Room Block shall be subject to room availability. Any Room Block reduction or increase allowed under this clause shall be confirmed in writing on or before the Review Date, Hotel may not be able to change the Room Block at a later time.

<u>Guest Room Attrition:</u> Organiser will have one (1) opportunity to vary its Room Block commitment without liability by notifying Hotel in writing on or before each Review Date as follows:

| Review Date | Change in Room Block Commitment |
|---|---|
| >20 January 2020 | Organiser may release up to <u>10</u> room nights per night on 1 March 2020 (1 night inclusive) in the Room Block<br>Organiser may release up to <u>25</u> room nights per night on 2 – 4 March 2020 (3 nights inclusive) in the Room Block<br>Organiser may release up to <u>9</u> room nights per night on 5 March 2020 (1 night inclusive) in the Room Block |

| Heading / Description | Units/ Day | Qty/ Pax | Rate | Amount | SubTotal |
|---|---|---|---|---|---|
| **B) Venue - Kerry Hotel - Meeting Package** | | | | | HKD 7,253,300 |
| *1 March 2020, Sun (16:00 - 23:00)* | | | | | |
| Breakout Room 1 (Hung Hom Room 3, Level 1, 135 sq.m) | 1 | 1 | HKD 66,000.00 | HKD 66,000 | |
| *2 to 5 March 2020, Mon-Thur (08:00 - 23:00)* | | | | | |
| Full Day Meeting (Grand Ballroom 1+2, Level 2, 843 sq.m)<br>- Setup: Classroom, including use of LED wall in Grand Ballroom 1. Delegates: 130<br>- Room rental at HK$616,000 nett (from 08:00 - 17:00 including evening hold) | 4 | 1 | HKD 616,000.00 | HKD 2,464,000 | |
| - Meeting package at HK$1,320 nett per head per day<br>- Full day meeting package includes 2 coffee/tea breaks (morning and afternoon) and meeting luncheon<br>- Min. guarantee 117 pax; cost estimate based on 250 pax for 4 days (2-5 March 2020) | 4 | 250 | HKD 1,320.00 | HKD 1,320,000 | |
| Breakout Rooms (Hung Hom Ballroom, Level 1, 1,125 sq.m)<br>- Setup: TBC, Delegates: TBC<br>- For 4 days (2-5 March 2020) | 4 | 1 | HKD 385,000.00 | HKD 1,540,000 | |
| VIP Rooms (Converted guestrooms) x 2 for 2-5 March 2020 (4 days); x3 for 3-5 March, 2020 (3 days)<br>- Setup: Round tables. Delegates: 10 pax per room | 3 | 1 | HKD 12,000.00 | HKD 36,000 | |
| - HK$12,000 nett per room per day | 4 | 2 | HKD 12,000.00 | HKD 96,000 | |
| *2 & 3 March 2020, Mon & Tue (17:00 - 23:00)* | | | | | |
| Cocktail (Harbour Room with Terrace and outdoor deck, Level 4, 619 sq.m)<br>- Setup: Standing. Delegates: TBC<br>- Room rental at HK$48,400 nett per day<br>- Minimum food and beverages spending required at HK$242,000 nett per day | 2 | 1 | HKD 290,400.00 | HKD 580,800 | |
| Dinner at Grand Ballroom 2 on 2 March 2020 | 1 | 100 | HKD 1,320.00 | HKD 132,000 | |
| Sector Dinners on 3 March 2020 | 1 | 250 | HKD 1,320.00 | HKD 330,000 | |
| After Dinner Drinks at Red Sugar on 2-3 March, 2020 | 2 | 75 | HKD 800.00 | HKD 120,000 | |
| *4 March 2020, Wed (18:00 - 23:00)* | | | | | |
| Dinner (Grand Ballroom 3 + 4, Level 2, 843sq.m)<br>- Setup: Round tables. Delegates: 320<br>- HK$1,700 nett per head (including 3 hours free flow of house wine, beer, chilled juice and soft drinks)<br>- Cost is based on minimum guarantee of 315 pax | 1 | 315 | HKD 1,700.00 | HKD 535,500 | |
| *Others* | | | | | |
| Private Yoga Class at Outdoor Deck at Level 4 during 7-8am (Max. 20 pax) on 3 & 5 March, 2020 (2 days)<br>- Rental at HK$16,500 nett<br>- No speaker is allowed | 2 | 1 | HKD 16,500.00 | HKD 33,000 | |
| Remarks: | | | | | |
| - Price is inclusive of 10% GPJ handling fee. | | | | | |
| **C) Fabrication (Budget provision)** | | | | | HKD 300,000.00 |
| Signages, backdrops, setup banners etc. (Scope of work to be discussed) | 1 | 1 | HKD 300,000.00 | HKD 300,000.00 | |

**EVENT COST ESTIMATE and VARIANCE REPORT**

GEORGE P. JOHNSON
experience marketing
A PROJECT: WORLDWIDE AGENCY

| | |
|---|---|
| Event Name: | LEK Global Management Conference 2020 |
| Event Date: | 1-6 March, 2020 |
| Venue: | Kerry Hotel, 38 Hung Luen Road, Hung Hom Bay, Kowloon, Hong Kong |
| Client PO #: | |
| GPJ Job No | 531250_650150 |
| Author | Rebecca Yuen |
| Version | v2 |
| Date | 22-May-2019 |
| Client | LEK Consulting |
| Event Owner | Jean Concannon (j.concannon@lek.com) |

| Currency / Heading | HKD (unless stated) / Description | Units/ Day | Qty/ Pax | Estimate Value as of: Rate | | 22-May: Amount | | SubTotal | |
|---|---|---|---|---|---|---|---|---|---|
| D) AV Equipment | | | | | | | | HKD | 650,000.00 |
| | AV equipment including projector screens, audio & video system for meeting rooms & Ballroom 1 & 2 throughout the event period (Scope of work to be discussed) | 1 | 1 | HKD | 650,000 | HKD | 650,000 | | |
| E) Event Logistics | | | | | | | | HKD | 370,000.00 |
| | Registration system with name badge and lanyard production | 1 | 1 | HKD | 80,000 | HKD | 80,000 | | |
| | Collaterals production (such as agenda) | 1 | 1 | HKD | 60,000 | HKD | 60,000 | | |
| | Rental of printer/copies for LEK office (5 days) | 1 | 1 | HKD | 20,000 | HKD | 20,000 | | |
| | Onsite helpers (5 days) | 5 | 6 | HKD | 2,000 | HKD | 60,000 | | |
| | Dedicated internet & wifi support to cover all meeting rooms throughout the event period | 1 | 1 | HKD | 100,000 | HKD | 100,000 | | |
| | Miscellaneous - Transportation expenses, courier of materials and etc. | job | 1 | HKD | 50,000 | HKD | 50,000 | | |
| F) Overall Management | | | | | | | | HKD | 1,000,000 |
| | GPJ Management Fee<br>- Venue sourcing, liaison and coordination<br>- Overall event planning & management<br>- RSVP consolidation and management<br>- Logistics planning and co-ordination<br>- Onsite management<br>- Post event report | job | 1 | HKD | 1,000,000 | HKD | 1,000,000 | | |
| | GPJ Managed TOTAL DELIVERABLES / Client TOTAL EVENT COST | | | | | | | HKD | 12,515,925 |
| | Exchange Rate: USD1 = HKD7.8 | | | | | | | USD | 1,604,606 |

**Payment terms**

- 50% deposit payment (non-refundable and non-transferable) by 180 days prior to event date.
- 40% second payment (non-refundable and non-transferable) by 90 days prior to event date.
- 10% balance payment by 45 days after the event date.

**Cancellation of Event**

- From agreement confirmation date, 30% of total cost will be charged if the event is cancelled by the Client.
- After 31 July 2019, 60% of total cost will be charged if the event is cancelled by the Client.
- After 30 October 2019, 90% of total cost will be charged if the event is cancelled by the Client.
- After 31 January 2020 100% of total cost will be charged if the event is cancelled by the Client.

**ACCEPTANCE**

GEORGE P JOHNSON COMPANY HONG KONG LIMITED

The Client noted at the head of this document agrees with George P. Johnson Company Hong Kong Limited.

Signing this document means that you have read and agree to the conditions.

SIGNED by the Client: Jean Concannon

print name of person signing & company name: Jean Concannon

In the presence of: ______

SIGNED by The George P. Johnson Company: ______

In the presence of: ______

Dated: ______

# Exhibit E

GEORGE P. JOHNSON
experience marketing

A PROJECT: WORLDWIDE AGENCY

INVOICE NO. **2019 -GPJHK 162**

| ORIGINATING OFFICE / CONTRACTING ENTITY | | PLEASE REMIT PAYMENT TO: |
|---|---|---|
| | | Beneficiary: George P. Johnson Company Hong Kong Limited |
| Unit 1701 Sino Plaza | 香港銅鑼灣 | Bank Account: 84139034 (USD); 84139018 (HKD) |
| 255-257 Gloucester Road | 告士打道255-257號 | Beneficiary Address: Unit 1701, Sino Plaza, 255-257 Gloucester Road, Causeway Bay, H.K. |
| Causeway Bay | 信和廣場1701室 | Bank Code: 055 Branch Code: 757 Swift ID: BOFAHKHX |
| Hong Kong | | Beneficiary Bank: Bank of America N.A. Hong Kong Branch |
| | | Bank Address: 20/F, Tower 2, Kowloon Commerce Centre, 51 Kwai Cheong Road, Kwai Chung, H.K. |
| | | Beneficiary Bank Country: Hong Kong |

**TO: L.E.K. CONSULTING**
75 State Street, 19th Floor
Boston, MA 02109

Attention: JEAN CONCANNON

| INVOICE DATE | OUR ORDER NO. | YOUR ORDER NO. | TERMS: NET |
|---|---|---|---|
| 09 / Jul / 19 | 5312 988 SO | | 60 days |

Project Name: LEK Global Management Conference 2020

Project Code: 5312988SO_6501138SO

50% deposit payment

1) Venue management

2) Fabrication

3) AV management

4) Event logistics

5) Overall management

**Total Amount** **USD 802,303.00**

Say: USD Eight Hundred and Two Thousand Three Hundred and Three Dollars Only

George P. Johnson Company Hong Kong Limited

INVOICES NOT PAID WITHIN (30) DAYS MAY BE SUBJECT TO A SERVICE CHARGE USING A RATE 2% HIGHER THAN PRIME RATE

# Exhibit F

**Archived:** Friday, May 29, 2020 11:06:59 AM
**From:** Tom Andrika
**Sent:** Wednesday, February 5, 2020 11:22:51 PM
**Subject:** Re: Time to connect
**Importance:** Normal

---

Thanks Rebecca. I can join as well.

Tom Andrika
Director, Growth & Development
George P. Johnson Experience Marketing
11 East 26th Street
New York, NY 10010
Office: +1 (212) 401-7807
Mobile: +1 (773) 820-2265
tom.andrika@gpj.com
Innovate. Motivate. Activate.

---

**From:** Rebecca Yuen <Rebecca.Yuen@gpj.com>
**Sent:** Wednesday, October 16, 2019 10:19:47 PM
**To:** Jean Concannon <J.Concannon@lek.com>; Tom Andrika <Tom.Andrika@gpj.com>
**Subject:** RE: Time to connect

Hi Jean,

Would you be able to make it at 8pm, 17 Oct (Boston time) which is 8am, 18 Oct HK time?

From now till the call, I will try to gather as much information as possible for you.

Best regards,
Rebecca

---

Rebecca Yuen
Assistant General Manager
George P. Johnson Experience Marketing

Unit 1701 Sino Plaza, 255-257 Gloucester Road, Causeway Bay, Hong Kong
香港銅鑼灣告士打道255-257號信和廣場1701室
Office: +852 2973 1684
Mobile: +852 9678 7014
rebecca.yuen@gpj.com

**We Power Brand Experiences.**

GEORGE P. JOHNSON
experience marketing

George P Johnson & JUXT are part of Project, an independent network in service of creativity.

Project's portfolio of agencies includes George P. Johnson, Partners + Napier, ARGONAUT, Motive, JUXT, Spinifex Group, Praytell, G7 Entertainment Marketing,

School, Raumtechnik, Shoptology, Pitch and Wondersauce. project.com.

*This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete and destroy all copies of the original message.*

Please consider the environment before printing this e-mail.

---

**From:** Jean Concannon <J.Concannon@lek.com>
**Sent:** Thursday, October 17, 2019 2:18 AM
**To:** Tom Andrika <Tom.Andrika@gpj.com>; Rebecca Yuen <Rebecca.Yuen@gpj.com>
**Subject:** RE: Time to connect

Hello

Please let me know if you have time tomorrow. I can make anything work

We are getting concerned about bringing staff to Hong Kong as we had hoped the tensions would have subsided. We need to still have the meeting but the question is what can we do to move the event to another area/region

We would want to know what the cost of moving this event would be as well as if it is even an option

Thank you

JEAN CONCANNON • L.E.K. CONSULTING
75 State Street, 19th Floor • Boston, MA 02109
617.951.9522 • j.concannon@lek.com • www.lek.com

---

**From:** Tom Andrika <Tom.Andrika@gpj.com>
**Sent:** Wednesday, October 16, 2019 12:43 PM
**To:** Rebecca Yuen <Rebecca.Yuen@gpj.com>; Jean Concannon <J.Concannon@lek.com>
**Subject:** Re: Time to connect

EXTERNAL EMAIL - PROCEED WITH CAUTION.

Happy to join the call and check-in if you'd like. Just let me know.

Best,

Tom

-----------------------------------------------------
Tom Andrika
Director, Growth & Development
George P. Johnson Experience Marketing

11 East 26th Street
New York, NY 10010
Office: +1 (212) 401-7807
Mobile: +1 (773) 820-2265
tom.andrika@gpj.com

We Power Brand Experiences

GEORGE P JOHNSON
experience marketing

A Project Worldwide Agency

gpj.com | George P. Johnson is the world's leading experiential marketing agency. We unleash the power of creativity to deliver experiences that elevate brands and drive tangible results. We're part of Project, an independent network in service of creativity. Project's agencies include George P. Johnson, ARGONAUT, Motive, Partners + Napier, Pitch, Praytell, G7 Entertainment Marketing, JUXT, Raumtechnik, School, Dig+ Fish, Shoptology, Wondersauce, and Spinifex Group. Project.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please delete it and notify the sender of the error.

---

**From:** Rebecca Yuen <Rebecca.Yuen@gpj.com>
**Date:** Tuesday, October 15, 2019 at 9:51 PM
**To:** Jean Concannon <J.Concannon@lek.com>
**Cc:** Tom Andrika <Tom.Andrika@gpj.com>
**Subject:** Re: Time to connect

Hi Jean,

Sure. Please let me know the date and time you prefer.

Thanks,
Rebecca

Get Outlook for iOS

---

**From:** Jean Concannon <J.Concannon@lek.com>
**Sent:** Wednesday, October 16, 2019 03:46
**To:** Rebecca Yuen
**Cc:** Tom Andrika
**Subject:** Time to connect

[EXTERNAL]
Hi Rebecca

Hope all is well with you

Was hoping to connect with you this week for maybe about 30 minutes

Please let me know if you have time

Thanks

Jean

JEAN CONCANNON • L.E.K. CONSULTING
75 State Street, 19th Floor • Boston, MA 02109
617.951.9522 • j.concannon@lek.com • www.lek.com

PRIVACY & CONFIDENTIALITY NOTICE

The information contained in this e-mail is intended for the named recipients only. It may contain privileged and confidential information, and if you are not the addressee or the person responsible for delivering this to the addressee, you may not copy, distribute or take action in reliance on it. If you have received this e-mail in error, please notify us immediately by returning the original message to the sender by e-mail. Any views expressed in this e-mail are those of the individual sender, except where the sender specifically states them to be the view of L.E.K. Consulting.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

**PRIVACY & CONFIDENTIALITY NOTICE**

The information contained in this e-mail is intended for the named recipients only. It may contain privileged and confidential information, and if you are not the addressee or the person responsible for delivering this to the addressee, you may not copy, distribute or take action in reliance on it. If you have received this e-mail in error, please notify us immediately by returning the original message to the sender by e-mail. Any views expressed in this e-mail are those of the individual sender, except where the sender specifically states them to be the view of L.E.K. Consulting.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

# Exhibit G

L.E.K.

**L.E.K. Consulting LLC**

VIA EMAIL

14 November 2019

George P. Johnson Experience Marketing ("GPJ")
Attn: Rebecca Yuen, Assistant General Manager
Unit 1701 Sino Plaza
255-257 Gloucester Road
Causeway Bay, Hong Kong 1701

Re: LEK Global Management Conference 2020 ("LEK GMC 2020")

Dear Rebecca,

As you are aware, L.E.K. Consulting originally planned to hold a conference in Hong Kong at the Kerry Hotel, Kowloon, Hong Kong, for L.E.K. Consulting's senior leadership from 1 March 2020 through to 6 March 2020. As you are also aware, we have had increasing concerns regarding the strife in Hong Kong and, given recent events, those concerns have only increased. We also understand that the Hong Kong Emergency Regulations Ordinance has been invoked, evidencing the increased discord in Hong Kong.

Because of the risks attendant to having the conference in Hong Kong, which include, but are not limited to, safety, ability to operate without disruption and ability to travel without impediment, and given that the present climate may continue through to March 2020 and may deteriorate further, this letter serves as formal notice of L.E.K.'s cancellation of the LEK GMC 2020 event in Hong Kong. It has become physically and commercially impossible for LEK GMC 2020 to be held in Hong Kong due to the supervening events occurring in Hong Kong, including, but not limited to, the events from this past weekend. Indeed, the events in Hong Kong have radically changed the risk profile and intent that existed when L.E.K. Consulting initially scheduled LEK GMC 2020 in Hong Kong.

Because L.E.K. Consulting has been forced to cancel LEK GMC 2020 in Hong Kong for reasons outside of its control and due to the supervening events in Hong Kong since the time GPJ and L.E.K. Consulting first planned for the LEK GMC 2020 to be held in Hong Kong, we ask that GPJ waive any other payments from L.E.K. Consulting and refund, in full, any and all amounts that have been paid by L.E.K. Consulting to GPJ to date. Our wire instructions are enclosed.

L.E.K.

Thank you in advance for your prompt attention to this matter and your professionalism in managing this situation. If you have any questions or would like to discuss this matter further, please feel free to contact me at j.concannon@lek.com or at 617.951.9522. We look forward to hearing from you.

Yours sincerely,

*Jean Concannon*

Jean Concannon,
L.E.K. Consulting

| | | |
|---|---|---|
| International Wire Instructions: | | |
| | Bank: Citizens Bank, Providence RI, USA | |
| | ABA: 011500120 | |
| | SWIFT Code: CTZIUS33 | |
| | Name: L.E.K. Consulting | |
| | Account: 1107419244 | |

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss. SUPERIOR COURT
C.A. NO. 20-______

GEORGE P. JOHNSON COMPANY HONG KONG, LTD
Plaintiff,

vs.

L.E.K. CONSULTING, LLC

Defendant,

**MOTION FOR SPECIAL PROCESS SERVER**

Now comes Plaintiff George P. Johnson Company Hong Kong, Ltd and moves this Honorable Court pursuant to Rule 4(c) of the Massachusetts Rules of Civil Procedure to appoint All State Constables, Inc. of Boston, Massachusetts, or some other disinterested and qualified process server, to serve process in the captioned action, all being qualified and knowledgeable persons in the service of court process. The undersigned represents to the best of his knowledge and belief that the person to be appointed is eighteen years of age or over and is not a party in this case.

Respectfully submitted,

GEORGE P. JOHNSON COMPANY
HONG KONG, LTD.

By its attorney,

*/s/Daniel J. Dwyer*
Daniel J. Dwyer (BBO #567026)
VERRILL DANA LLP
One Federal Street, 20th Floor
Boston, MA 02109
Tel.: (857) 383-2622
ddwyer@verrill-law.com

Date: June 1, 2020