**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GEORGE P. JOHNSON COMPANY HONG KONG LTD.,<br>*Plaintiff*,<br>v.<br>L.E.K. CONSULTING LLC,<br>*Defendant*. | No. 20-cv-11269-NMG |

**DEFENDANT L.E.K. CONSULTING LLC'S
MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c) and 37(a)(5), Defendant L.E.K. Consulting LLC ("L.E.K.") respectfully requests that this Court (1) issue a protective order barring the deposition of its Group General Counsel, Shuba Satyaprasad, which Plaintiff George P. Johnson Company Hong Kong Ltd. ("GPJ") noticed on August 3, 2022, and (2) require GPJ to pay the attorneys' fees that L.E.K. has incurred (and may still incur) in connection with this motion.

In support of this motion, L.E.K. relies on the accompanying memorandum and the exhibits attached to that memorandum.

L.E.K. requests a hearing on this motion.

Respectfully submitted,

**L.E.K. CONSULTING LLC**

By its attorneys,

*/s/ Daniel N. Marx*
Daniel N. Marx (BBO# 674523)
William W. Fick (BBO# 650562)
Amy Barsky (BBO# 601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*dmarx@fickmarx.com*
*wfick@fickmarx.com*
*abarsky@fickmarx.com*

Dated: August 11, 2022

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I, Daniel N. Marx, as counsel to Defendant L.E.K. Consulting, LLC, certify that on August 8 and 11, 2022, I and my colleague, Amy Barsky, conferred in good-faith by email and telephone with Daniel J. Dwyer, as counsel to Plaintiff George P. Johnson Company Hong Kong Ltd., but the parties were unable to resolve or narrow their dispute, because GPJ has refused to withdraw its notice of deposition for Attorney Shuba Satyaprasad, L.E.K.'s Group General Counsel.

*/s/ Daniel N. Marx*
Daniel N. Marx

**CERTIFICATE OF SERVICE**

I, Daniel N. Marx, as counsel to Defendant L.E.K. Consulting, LLC, certify that on August 11, 2022, I caused the foregoing document to be served by ECF on the following:

Daniel J. Dwyer
Kristen G. Rossetti
VERRILL DANA LLP
One Federal Street, 20th Floor
Boston, MA 02109
*Counsel for Plaintiff George P. Johnson Company Hong Kong Ltd.*

*/s/ Daniel N. Marx*
Daniel N. Marx