UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE P. JOHNSON COMPANY HONG KONG LTD.,<br><br>Plaintiff<br><br>v.<br><br>L.E.K. CONSULTING LLC<br><br>Defendant | Civil Action No. 20-cv-11269-NMG |

**STIPULATION OF DISMISSAL**

Now come the Parties in the captioned action, Plaintiff George P. Johnson Company Hong Kong Ltd., and Defendant L.E.K. Consulting LLC, and by their attorneys, hereby stipulate and agree that the action between them be dismissed with prejudice, without costs, and with each party waiving all rights of appeal.

Respectfully Submitted,

**GEORGE P. JOHNSON COMPANY HONG KONG LTD.**

By its attorney,

*/s/ Daniel Dwyer*
Daniel J. Dwyer (BBO No. 567026)
Verrill Dana LLP
One Federal Street, 20th Floor
Boston, MA 02110
(617) 309-2600
ddwyer@verrill-law.com

**L.E.K. CONSULTING LLC**

By its attorney,

*/s/ Daniel Marx*
Daniel N. Marx (BBO No. 674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
dmarx@fickmarx.com

July 5, 2023

**CERTIFICATE OF SERVICE**

I, Daniel J. Dwyer, hereby certify that this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be served by first class mail postage prepaid, to any participants indicated as non-registered on July 5, 2023.

*/s/ Daniel J. Dwyer*
Daniel J. Dwyer

25438842_1